## Case No. 12,216.

### SAGEMAN v. The BRANDYWINE.

[Newb. 5.] [1]

District Court, D. Michigan. 1852.

SEAMEN—WHO ARE—FEMALE COOK—WAGES.

A female employed as cook on board of a vessel is a mariner, and is entitled to sue in the admiralty for her wages.

In admiralty.

J. S. Newberry, for libelant.
Mr. Eldred, for respondent.

WILKINS, District Judge. This was a libel for seaman's wages promoted by Emily Sageman, the cook of the vessel. To entitle one to sue as a mariner, the services rendered must pertain to the business of navigation, and be such as are necessary, or tend to preserve the vessel, or take care of those navigating the vessel. A cook on board of a vessel has been held to be a mariner. It matters not whether the cook is a male or female. The libel must be sustained. And it is referred to the clerk to ascertain the amount due to the libelant.